

**Aimee Kerr**

| | |
|---|---|
| **From:** | Seth Buitendorp |
| **Sent:** | Friday, December 06, 2013 12:44 PM |
| **To:** | Aimee Kerr |
| **Subject:** | FW: U.S. Bankruptcy Court, Northern District of Indiana - Undeliverable Notice, In re: Christopher Kent Blankenship, Case Number: 13-24273, jpk, Ref: [p-62684851] |
| **Attachments:** | B_P21324273b9i0022.PDF |

**From:** USBankruptcyCourts@noticingcenter.com
**Sent:** Friday, December 06, 2013 1:43:46 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** seth@sethbuitendorp.com
**Subject:** U.S. Bankruptcy Court, Northern District of Indiana - Undeliverable Notice, In re: Christopher Kent Blankenship, Case Number: 13-24273, jpk, Ref: [p-62684851]

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

December 7, 2013

From: United States Bankruptcy Court, Northern District of Indiana

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Christopher Kent Blankenship, Case Number 13-24273, jpk

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
HAMMOND DIVISION
5400 Federal Plaza
Suite 2200
Hammond, IN 46320**

| | |
|---|---|
| Undeliverable Address:<br>Barbereen Sexton | 11049 Edison Street<br>Crown Point, IN 46307 |

1

1372 Corning Drive
Crown Point, IN 46307

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

_____

_____

| | |
|---|---|
| _SETH R. BUITENDORP/23304-64_ | _5/27/14_ |
| Signature of Debtor or Debtor's Attorney | Date |

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**